```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX005672
Cashier ID: sq
Transaction Date: 11/15/2007
Payer Name: RYLEY CARLOCK APPLEWHITE
------------------------------------
CIVIL FILING FEE
 For: RYLEY CARLOCK APPLEWHITE
 Amount:        $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

07-CV-2402


A fee of $45.00 will be assessed on
any returned check.
```